MAM

①

Donald Ray Brown
  Plaintiff
  vs.
Martion O'Malley
Roderick Sowers
Kathleen S. Green
Jason Clem

RECEIVED
JUL 15 2013

In the United States District Court For the District of Pennsylvania (Eastern)

Case # 13  4134

x x x  x x x x x x x x x x x x x x x x x x x x x

Comes Now Donald Ray Brown 403179 Pro Se and indigant. The Plaintiff is currently housed in the infirmary at the Eastern Correctional Institute because of recent Cancer surgery and multiple other chronic Health Conditions.

### Jurisdiction & Venue

This is a Civil action authorized by 42 U.S.C. Section 1983 to redress the deprevation, under Color of State Law, of rights Secured by the Constitution of the United States. This court has juridiction under 28 U.S.C. Section 1331 & 1343(a)(3). Plaintiff Seeks declaratory relief Pursuant to 28 U.S.C. Section 2201 & 2202 Plaintiffs claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and rule 65 of the Federal Rules of Civil Procedure.



## Jurisdiction & Venue

The District of Maryland is an appropriate Venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this claim occured.

Case 2:13-cv-04134-MAM Document 1-1 Filed 07/15/13 Page 3 of 13
Case 1:13-cv-02328-CCB Document 5 Filed 08/12/13 Page 3 of 13

③

## Parties

Defendant O'Malley is the Governor of Maryland. He has presidental aspirations. He supposedly governs the state of maryland and he appointed his cronys that run the Dept. of Corrections. He rules under color of state law. He is sued personally and proffesionally.

Defendant Roderick Sowers is the supposed Director of Corrections. He is a O'Malley crony. He supposedly runs the D.O.C. He is responsible for the behaviour of the employees of the D.O.C. He is responsible for the overall welfare of all inmates in or incarcerated in the Maryland D.O.C. He rules under the color of state law. He is sued personally and proffesionally.

Defendant Green is the Warden of E.C.I. She is often investigated for questionable interprises and is of questionable character. By statute she is reasponsible for the overall health and welfare of the inmates under her rule. She is a O'Malley crony and constantly violates inmates constitutional rights. She rules under the color of state law and is being sued personally and proffesionally.

Case 2:13-cv-04134-MAM Document 1-1 Filed 07/15/13 Page 4 of 13
Case 1:13-cv-02328-CCB Document 5 Filed 08/12/13 Page 4 of 13

4.

## Parties

Defendant Clem is supposedly a Medical Doctor. He is Employed by Wexford Health Sources. He is the Chief medical officer at Eastern Correctional Institute. He is only a General practitioner, But Constantly makes decisions that should be left to a specialist

Clem is responsible for the Health Care needs of all inmates at ECI. Three inmates have Died under his watch in the last two and a half months. He acts under the Color of state law. He is being sued personally and proffesionally

(5.)

## Factual Allegations

1.) I am being Fed rotten Vegtables and Lettuce

2.) I am being Denied Glasses

3.) I am being Denied a Hearing Aide

4.) I am being Denied Dental Care and and Dentures

5.) I am being Denied Adequate Health Care For my Bladder Cancer.

6.) I am not recieving Follow up Doctor ordered Post Surgery treatment

7.) I have Not been allowed outside For Fresh Air or Excercise in 4 Months

8.) I am denied access to the Law Library or Legal assistance

9.) I am being Denied Access to Religious Services.

10.) My Mail including Legal Mail is being held in the Mail room For up to two weeks.

11.) My Legal Mail Envelopes and Manilla Envelopes are being taken and kept in order that I cannot see the Post Mark and Verify how Long the mail room is holding the Legal Mail

12.) Plaintiff is being Subjected to a campaign of Harrassment

(6.)

## Factual Allegations

13.) Mail addressed to the Plaintiff and NOT containing Contraband is being returned to the Sender without Explanation

14.) Plaintiff is being subjected to unneccassary stress and Duress

15.) Plaintiff is and has been Retaliated against For Filing Complaints with the District Courts

16.) Plaintiffs Letters, Grievances etc. are not being answered or addressed

17.) The Maryland D.O.C. is Corrupt, scandal ridden and totally out of Control

18.) I am being Fed a High Starch dangerous Diet

19.) I am being denied adequate Pain Medication

20.) Plaintiff is being denied access to the Commissary and Commissary Food out of Retaliation. Other infirmary inmates are allowed to Purchase Food, But not the Plaintiff because he Filed Complaints with the Court

21.) The Plaintiff is in intense Pain and is NOT given adequate Pain Medication to ease it. This is Purposely done out of Retaliation because Plaintiff Complains to the Court

(7.)

## Factual Allegations

22.) Plaintiff cannot work nor go to school and is not given Good time like other Inmates.

23.) The Prison Doctor misLead the plaintiff concerning his cancer operation. Neither Defendant Clem nor the Surgeon, Doctor Lawerence H. Scipio told me this surgery would be done by going through my Penis into my bladder. If I had been advised that this was the way it was going to be done, I would never have agreed to the Surgery.

24.) Plaintiff has severe Edema (swelling) of the Feet, Ankles and Legs, and nothin is being done to treat it By Defendant Clem.

25.) I am in Fear For my Life because Doctor Clem is so incompetent, mean-spirited and Evil and tries to maliciously Retaliate against me at every interval.

26.) the Defendants are violating the Plaintiffs 1st Amendment Rights By Denying him Birthday cards or any other card. this is nothing more than ~~a~~ a continuing campaign of Harrassment. By stopping the Plaintiffs incoming mail

Case 2:13-cv-04134-MAM   Document 1-1   Filed 07/15/13   Page 8 of 13
Case 1:13-cv-02328-CCB   Document 5   Filed 08/12/13   Page 8 of 13

⑧

## Legal Claims

1.) The Plaintiff is being subjected to cruel and unusual punishment. See Factual Allegations numbers: 1, 4, 5, 6, 7, 12, 14, 18, 19, 21, 23, 24, 25

2.) The Plaintiffs Due Process and Equal Protection Rights have and are being violated. See Factual Allegations: 2, 3, 4, 5, 6, 7, 8, 12, 13, 14, 15, 16, 19, 20, 21, 22, 24, 23, 25, 26.

3.) The plaintiffs First Amendment rights have and are being violated. See Factual Allegation numbers: 1, 2, 3, 10, 11, 12, 13, 15, 16, 8, 9, 22, 23, 24, 25, 26.

4.) I am in fear of my life from Doctor Clem. He has now put me on an antibiotic that he just took me off of (Cipro). The Quacks at Wexford Health Sources have had me on this Drug for 8 months treating a non existent prostrate infection. The plaintiff has developed a tolerance to this Drug yet Clem continues to prescribe it. I am in fear for my life

(9.)

## Conclusion

Plaintiff is and has been subjected to more pain than any free person would have to endure. The Plaintiff should be treated the same as free society when it comes to medical treatment and the quality there of.

Three inmates have died in 2 months at the hands of Wexford Health Sources and its employees in the E.C.I. infirmary. This infirmary should and needs to be investigated.

The corrupt and scandal ridden Maryland D.O.C. is out of control and constitutional violations run rampant. The Defendants believe that they are above the law and need to be reined in.

Mistreatment of inmates must end. There are approx. 2.5 million American citizens incarcerated in the U.S. and ninety percent will be released. That's a substantially large army or army of terrorists. Surely this court can see that the U.S. is creating its own Waterloo by allowing these sociopathic prison officials to continue to destroy the Constitution and mistreat prisoners. We are either going to abide by the Constitution or we are not. Which is it???

(10.)

Prayer For Relief

Wherefore, Plaintiff respectfully prays that this Court Enter Judgement:

A.) Granting Plaintiff a declaration that the Acts and omissions described herein violate his rights under the Constitution and laws of the United States, and:

B.) A Preliminary injunction ordering the Defendants to cease their Harrassment and to medically treat the Plaintiff, and

C.) Grant Plaintiff Compensatory damages in the amount of 1.5 million against Each Defendant Jointly and severally.

D.) Grant Plaintiff Punitive Damages in the amount of 1.5 million against each defendant Jointly and severally

E.) Grant Plaintiff a Jury trial on all issues triable by Jury

Case 2:13-cv-04134-MAM   Document 1-1   Filed 07/15/13   Page 11 of 13
Case 1:13-cv-02328-CCB   Document 5   Filed 08/12/13   Page 11 of 13

(11)

### Prayer For Relief

F.) Grant any additional relief this court deems just, proper, and equitable.

Dated: July 10, 2013

*[signature: Donald R. B.]*

Respectfully Submitted
Donald Ray Brown 403179
ECF-E
30420 Revells Neck Rd
Westover MD. 21890

### Verification

I have read the foregoing Complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Westover Maryland on July 10, 2013

*[signature: Donald R. B.]*

(12.)

## Addresses of Defendants

Hon. Martin O'Malley
100 State Circle
Annapolis MD. 21401


Roderick Sowers
6776 Reisterstown Rd.
Suite 311
Baltimore MD. 21215


Kathleen S. Green
ECI 30420 Revells Neck Rd
Westover MD. 21890


Jason Clem
ECI 30420 Revells Neck Rd.
Westover MD. 21890

(13)

Certificate of Service

I Donald Ray Brown Do Hereby Swear that I am Housed in the E.C.I infirmary and I am not allowed to go to the library to make Copies of this Complaint to send to the defendents.

Dald R. B

13   4134

In Forma Pauperis

I Donald Ray Brown am the Plaintiff in this Case. In support of my Motion to proceed without being required to prepay Fees or Costs or give Security there fore, I state that because of my poverty I am unable to pay the costs for these proceedings or to give Security there fore, and that I believe I am entitled to redress. In Support Plaintiff would show:

I Am unemployed
I Am a Ward of the State
I have No Bank accounts
I have No Pensions Annuities or Insurance Payments
I have No Money whatsoever
I have No Land or Automobiles
I declare under penalty of law

11/22/48   Dald R. Bro   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